George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff,  Charles M.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Charles M,<br><br>        Plaintiff,<br><br>   v.<br><br>Martin O'Malley, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil Action No.:  3:21-cv-01167-SB<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), that an attorney fee in the amount of $25,658.50 be awarded to plaintiff's counsel, pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).  After credit is taken for EAJA fees paid totaling $3,154.33, the net amount of the fee due plaintiff's counsel is  $22,504.17

IT IS SO ORDERED:

Date: June 5, 2024

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

//
//
//
//

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028